Steven R. Williams, State Bar No. 73174
**WILLIAMS, BRODERSEN,
PRITCHETT & BURKE LLP**
2222 West Main Street
Visalia, California 93291
Telephone: (559) 635-9000
Facsimile: (559) 635-9085
E-mail: srw@wbplawyers.com

Attorneys for Plaintiff
NASH PROPERTIES, LLC


BRUCE D. CELEBREZZE, State Bar No. 102181
bruce.celebrezze@sedgwicklaw.com
ALEXANDER A. POTENTE, State Bar No. 208240
alex.potente@sedgwicklaw.com
**CLYDE CO US LLP**
101 Second Street, 24th Floor
San Francisco, California 94105
Telephone: 415.781.7900
Facsimile: 877.547.2780

Attorneys for Defendant
ST. PAUL FIRE AND MARINE INSURANCE
COMPANY, *incorrectly sued as "Travelers
Insurance Co. and its predecessor in interest, St.
Paul Fire and Marine Co."*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NASH PROPERTIES, LLC, a California Limited Liability Company,<br><br>        Plaintiff,<br><br>vs.<br><br>TRAVELERS INSURANCE CO. and its predecessor, St. Paul Fire and Marine Co.; and DOES 1-100, inclusive.<br><br>        Defendants. | Case No. 1:17-CV-00987-LJO-SKO<br><br>**STIPULATION OF DISMISSAL [FRCP 41(A)] AND ORDER OF DISMISSAL WITH PREJUDICE**<br><br>**Judge: Hon. Lawrence J. O'Neill** |

## STIPULATION

Plaintiff Nash Properties, LLC and defendant St. Paul Fire and Marine Insurance Company, incorrectly sued as Travelers Insurance Co. and its predecessor in interest St. Paul Fire and Marine Co., by and through their respective attorneys of record herein, hereby stipulate and agree under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Dated: March 23, 2018.

**WILLIAMS, BRODERSEN, PRITCHETT & BURKE LLP**

By */s/ Steven R. Williams*
Steven R. Williams, Esq.
Attorneys for Plaintiff, Nash Properties, LLC

**CLYDE & CO**

By */s/ Alexander E. Potente*
Alexander E. Potente, Esq.
Attorneys for Defendant, St. Paul Fire and Marine Insurance Company

## ORDER

Pursuant to the parties above-Stipulation, this action has been DISMISSED with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, as to all claims, causes of action, and parties. Each party shall bear its own costs and attorney's fees. The Court DIRECTS the Clerk to close this case.

IT IS SO ORDERED.

Dated: __**March 27, 2018**__  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE

Williams, Brodersen, Pritchett & Burke LLP
2222 West Main Street
Visalia, CA 93291